

# LAUREN GRAHAM
## AND ASSOCIATES, PLLC
ATTORNEYS & COUNSELORS
California | Illinois | New York | Texas

3/23/2015

**VIA CERTIFIED MAIL:7014 2870 0000 9003 4203**
Third Court of Appeals
PO Box 12547,
Austin, Texas 78711-2547

   RE: In re Christopher L. Graham, Court of Appeals Number: 0-3-14-00270-CV; Trial Court Case Number: CR2013-366; Notice of Payment for Motion to Extend Time

To Whom It May Concern:

   Find enclosed payment of $10 for the motion for extension of time to file brief in the above-captioned case.

  You can reach me anytime via cell phone at 469-605-6846.

  Thank you for your cooperation.

Regards,

Christopher L. Graham, Esq.
LGI PLLC
Lauren Graham & Associates PLLC
State Bar Number: 24047549

RECEIVED
MAR 3 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

March 24, 2015

Mr. Christopher Graham
Lauren Graham & Associates PLLC
700 N. St. Mary's Street
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   03-14-00270-CV
      Trial Court Case Number:    CR2013-366

Style:   In re Christopher L. Graham

Dear Counsel:

Appellant is requested to forward the $10.00 filing fee for appellant's motion for extension of time to file brief on or before **April 3, 2015**. *See* Tex. R. App. P. 5. The motion will remain pending in this Court until the requested item is received.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *E. Talerico*

Liz Talerico, Deputy Clerk

RECEIVED
MAR 3 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

cc:   The Honorable Jennifer A. Tharp



PO Bx 222765

Dallas TX 75222

7014 2870 0000 9003 4203

UNITED STATES
POSTAL SERVICE

1000          787||

U.S. POSTAGE
PAID
DALLAS,TX
75260
MAR 28 '15
AMOUNT
$3.79
00026032-08



Third Court of Appeals

PO Box 12547

Austin, TX 78711

78711325547